IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Robert L. Kirton, | ) | C/A No.: 3:13-420-JFA-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Richland County School District One; and Richland One Middle College, | ) ) | |
| | ) | |
| Defendants. | ) ) | |

     Plaintiff filed this action on February 15, 2013. [Entry #1]. Pursuant to the third amended scheduling order entered on March 19, 2014, dispositive motions were to be filed by no later than June 3, 2014. [Entry #28]. That deadline has now expired.

     Because the dispositive motions deadline in this case has passed and no motions were filed, this case is ready for trial. The undersigned directs the Clerk to forward the file to the United States District Judge for trial.

     IT IS SO ORDERED.

*Shiva V. Hodges*

June 6, 2014  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge